**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alberto Rodriguez,<br><br>Plaintiff,<br><br>v.<br><br>William K. Brooks, Director of Field Operations, Tucson Field Office, U.S. Customs and Border Protection; Jason West, Acting Port Director at Phoenix Sky Harbor International Airport, U.S. Customs and Border Protection; Heather Froese, Assistant Port Director Phoenix Sky Harbor International Airport, U.S. Customs and Border Protection; Kimberly Kros, Supervisory Officer, U.S. Customs and Border Protection; Todd C. Owen, Assistant Commissioner of Office of Field Operations, U.S. Customs and Border Protection; KEVIN K. Mcaleenan, acting Commissioner of U.S. Customs and Border Protection; John F. Kelly, Secretary of Department of Homeland Security,<br><br>Defendants. | No. CV-17-01200-PHX-NVW<br><br>**ORDER** |

Plaintiff's Complaint for Mandamus (Doc. 1) does not appear to state a claim for mandamus. It appears to be in substance an action for judicial review of agency action. To state a claim for mandamus, or other extraordinary relief, Plaintiff would have to

allege, among other things, that there is no other procedure or remedy for the allegedly wrongful agency action. But Plaintiff makes no such allegation.

To the contrary, Plaintiff also alleges jurisdiction of this action under the Administrative Procedure Act, 5 U.S.C. § § 701 *et seq.* If there is such jurisdiction, it would preclude mandamus jurisdiction. Moreover, Plaintiff does not allege whether judicial review is available under any other statute or whether any limitation on such review, such as time limits for other review, "expressly or impliedly forbids the relief which is sought" under the APA. 5 U.S.C. § 702.

Finally, neither the Complaint nor the Motion (Doc. 3) demonstrates why emergency proceedings are necessary when this has been the status quo for over six months and Plaintiff waited all that time to bring this action and to seek emergency relief.

IT IS THEREFORE ORDERED that the Order (Doc. 6) of April 24, 2017 setting a hearing on the Motion for Temporary Restraining Order/Preliminary Injunction (Doc. 3) is vacated and the hearing is vacated.

IT IS FURTHER ORDERED that Plaintiff show cause by May 12, 2017: (1) why this action should not be dismissed under Rule 12(b)(1) for failure to plead federal jurisdiction under Rules 8(a)(1); (2) why this action should not be dismissed for failure to state a claim upon which relief can be granted under Rule 12(b)(6); and (3) why Plaintiff's request for emergency relief, however styled, should not be denied as demonstrably unnecessary because Plaintiff waited for six months to seek it. Plaintiff is free to amend his complaint of right.

Plaintiff shall serve each Defendant with a copy of this order forthwith.

Dated: April 25, 2017.

Neil V. Wake
Senior United States District Judge